# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARRELL L LABARRE, | |
| Plaintiff | CIVIL ACTION NO. 1:14-CV-02484 |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security | (MEHALCHICK, M.J.) |
| Defendant | |

## ORDER

**AND NOW**, this 16th day of February, 2016, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**